UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOBY ANTWINE MAIZE | CIVIL ACTION |
| VERSUS | NO. 13-5925 |
| CORRECT HEALTH JEFFERSON, L.L.C., ET AL. | SECTION "N"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims against Sheriff Newell Normand and Chief Sue Ellen Monfra are **DISMISSED WITH PREJUDICE** as frivolous and/or the failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's federal civil rights claims against the State of Louisiana (through Attorney General James D. Caldwell) and the LSU Board of Supervisors are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's motion for a preliminary injunction, Rec. Doc. 6, is **DENIED**.

New Orleans, Louisiana, this 10th day of December, 2013.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE