UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JACOBY ANTWINE MAIZE | CIVIL ACTION |
| VERSUS | NO. 13-5925 |
| CORRECTHEALTH JEFFERSON, L.L.C., ET AL. | SECTION "N"(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on June 5, 2014 (Rec. Doc. No. 44), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motions to dismiss, Rec. Docs. 26 and 28, are **GRANTED** and that plaintiff's federal civil rights claims against CorrectHealth Jefferson, L.L.C., Dr. Stacy Greene, Jean Llovet, and Dr. Christopher Marrero are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 9th day of June, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE